JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

January 15, 2016

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ JD _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL EL-ABED,<br><br>    Petitioner,<br><br>    v.<br><br>JEH C. JOHNSON, et al.<br><br>    Respondents. | Case No. CV 15-8852-RSWL (KES)<br><br>J U D G M E N T |

  In accordance with the Order for Summary Dismissal filed herein, IT IS HEREBY ADJUDGED that the Petition is dismissed as moot.

Dated: 01/07/16

         s/  RONALD S.W. LEW
         RONALD S. W. LEW
         UNITED STATES DISTRICT JUDGE